UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
BOWLIN, JOHN E § Case No. 11-03799
BOWLIN, PATRICIA R §
§
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
                CLERK OF THE COURT
                219 S. Dearborn
                Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 03/23/2012 in Courtroom 201,
                United States Courthouse
                Will County Court Annex Building
                57 N. Ottawa Street, Suite 201, Joliet, IL
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/16/2012                By: /s/ Michael G. Berland
                                                                           Trustee

*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
BOWLIN, JOHN E § Case No. 11-03799
BOWLIN, PATRICIA R §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 8,452.49 |
| and approved disbursements of | $ | 125.00 |
| leaving a balance on hand of[1] | $ | 8,327.49 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: MICHAEL G. BERLAND | $ 1,470.25 | $ 0.00 | $ 1,470.25 |
| Total to be paid for chapter 7 administrative expenses | | $ | 1,470.25 |
| Remaining Balance | | $ | 6,857.24 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 133,308.08  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  5.1  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ 14,319.37 | $ 0.00 | $ 736.57 |
| 000002 | Pro-Motion Physical Therapy<br>c/o Collection Professionals Inc.<br>P.O. Box 416<br>Lasalle, IL 61301 | $ 1,145.06 | $ 0.00 | $ 58.90 |
| 000003 | Capital One, N.A.<br>c/o Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, TX 75374 | $ 2,228.24 | $ 0.00 | $ 114.62 |
| 000004 | First National Bank of Omaha<br>1620 Dodge Street<br>Stop Code 3105<br>Omaha Ne 68197 | $ 1,133.38 | $ 0.00 | $ 58.30 |
| 000005 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ 7,428.73 | $ 0.00 | $ 382.13 |
| 000006 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ 1,478.23 | $ 0.00 | $ 76.04 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 000007 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ 8,716.66 | $ 0.00 | $ 448.38 |
| 000008 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ 11,668.96 | $ 0.00 | $ 600.24 |
| 000009 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ 1,264.09 | $ 0.00 | $ 65.02 |
| 000010 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ 6,266.37 | $ 0.00 | $ 322.34 |
| 000011 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ 20,589.17 | $ 0.00 | $ 1,059.09 |
| 000012 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ 26,492.71 | $ 0.00 | $ 1,362.76 |
| 000013 | Silver Cross Hospital<br>Attn: Patients Acts Dept<br>1200 Maple Road<br>Joliet, IL 60432-1497 | $ 918.82 | $ 0.00 | $ 47.26 |
| 000014 | SALLIE MAE INC, ON BEHALF OF THE DEPARTMENT OF EDUCATION<br>DOE<br>P.O. BOX 740351<br>ATLANTA, GA 30374-0351 | $ 20,963.50 | $ 0.00 | $ 1,078.34 |
| 000015 | World Financial Network National Bank<br>Quantum3 Group LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | $ 873.31 | $ 0.00 | $ 44.92 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000016 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | $ 2,569.82 | $ 0.00 | $ 132.19 |
| 000017 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | $ 4,160.46 | $ 0.00 | $ 214.01 |
| 000018 | Capital Recovery III LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | $ 1,091.20 | $ 0.00 | $ 56.13 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 6,857.24 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Michael G. Berland
                              Trustee

*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                           United States Bankruptcy Court
                           Northern District of Illinois
In re:                                                              Case No. 11-03799-BWB
John E Bowlin                                                       Chapter 7
Patricia R Bowlin
         Debtors                  CERTIFICATE OF NOTICE
District/off: 0752-1           User: acox                  Page 1 of 4                  Date Rcvd: Feb 17, 2012
                               Form ID: pdf006             Total Noticed: 105


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 19, 2012.
db/jdb        +John E Bowlin,    Patricia R Bowlin,    26721 S Kimberly Lane,    Channahon, IL 60410-5408
16744425      +Advocate Medical Group,    PO Box 92523,    Chicago, IL 60675-2523
16744428      +Associated Radiologists of Joliet,    39069 Treasury Center,    Chicago, IL 60694-9000
16744429      +B.C.C.,    29 East Madison St.,   Chicago, IL 60602-4427
16744430      +Barclays Bank Delaware,    Attention: Customer Support Department,    Po Box 8833,
                Wilmington, DE 19899-8833
16744431      +Blatt Hassenmiller Leibsker & Moore,    125 S. Wacker Dr, Ste 400,    Chicago, IL 60606-4440
17437161      +Capital One, N.A.,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,   Dallas, TX 75374-0933
16744434      +Carrie A. Skubic, LCPC,    1802 N. Division St., Ste. 604,    Morris, IL 60450-3112
16744435      +Center for Neuro Dis,    2222 Weber Rd,    Crest Hill, IL 60403-0928
16744436      +Central Dupage Hospital,    25 N Winfield Rd,    Winfield, IL 60190-1295
16744439      +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
16744440      +Chase - Toys R Us,    Po Box 15298,   Wilmington, DE 19850-5298
17478197       Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16744441      +Chase- Bp,   Po Box 15298,    Wilmington, DE 19850-5298
16744442      +Chela,   Attn: Bankruptcy,    Po Box 9500,    Wilkes-Barre, PA 18773-9500
16744443      +Citibank Usa,    Attn.: Centralized Bankruptcy,    Po Box 20363,   Kansas City, MO 64195-0363
16744444      +Collection Professionals, Inc,    PO Box 416,    La Salle, IL 61301-0416
16744447      +Crossroads Counseling Services, LLC,    1802 N. Division St.,    Morris, IL 60450-1182
16744455      +EM Strategies Ltd,    PO Box 1208,    Bedford Park, IL 60499-1208
16744450       Edward Health Ventures,    Edward Hematology Oncology Group,    3471 Eagle Way,
                Chicago, IL 60678-0001
16744449      +Edward Health Ventures,    3471 Eagle Way,    Chicago, IL 60678-1034
16744451      +Edward Hospital,    PO Box 4207,   Carol Stream, IL 60197-4207
16744452      +Edward Hospital & Health Services,    801 S. Washington St.,    Naperville, IL 60540-7499
16744453      +Elmhurst Memorial Healthcare,    PO Box 4052,    Carol Stream, IL 60197-4052
16744454      +Elmhurst Orthopaedics,    PO Box 87618,    Chicago, IL 60680-0618
16744457      +Epic Group, SC,    PO box 66973,   Chicago, IL 60666-0973
16744458       First National Bank Credit Card Center,    Attention: Bankruptcy Department,
                14010 First National Bank Parkway Stop,    Omaha, NE 68154
17471711      +First National Bank of Omaha,    1620 Dodge Street,    Stop Code 3105,   Omaha Ne 68197-0003
16744459      +Francis S. Lichon, MD,    Mona Kea Medical Park,    511 Thornhill Dr.,
                Carol Stream, IL 60188-2795
16744460      +Frederick J. Hanna & Associates, PC,    1427 Roswell Rd.,    Marietta, GA 30062-3668
16744461      +Freedman Anselmo Lindberg LLC,    1807 W. Diehl Rd., Ste. 333,    PO Box 3228,
                Naperville, IL 60566-3228
16744466       General Revenue Corporation,    PO Box 495999,    Cincinnati, OH 45249-5999
16744467       Health Lab,    25 N Winfield Rd,   Winfield, IL 60190
16744468      +HealthLab,    Dept 4698,   Carol Stream, IL 60122-0001
16744469     #+Heartland Cardiovascular Center,    1300 Copperfield, Ste 3030,    Joliet, IL 60432-2065
16744470      +Illinois Collection Se,    Po Box 1010,    Tinley Park, IL 60477-9110
16744471      +Illinois Collection Service,    PO Box 1010,    Tinley Park, IL 60477-9110
16744438      +JP Morgan Chase Bank NA,    Ascension Capital Group Inc,    Attn: JP Morgan Chase Bank National,
                Association Department PO Box 201347,    Arlington, TX 76006-1347
16744472      +June, Prodehl, Renzi & Lynch, LLC,    1861 Black Rd.,    Joliet, IL 60435-3597
16744474      +LabCorp,   PO Box 2240,    Burlington, NC 27216-2240
16744475      +Lane Bryant,    Po Box 182686,   Columbus, OH 43218-2686
16744477      +Law Offices of Robert J. Russo, Ltd,    211 E. Jefferson St.,    PO Box 767,
                Morris, IL 60450-0767
16744478      +LawnWorks of Joliet, Inc.,    PO Box 2742,    Joliet, IL 60434-2742
16744479       Leading Edge Recovery Solutions,    PO Box 129,    Linden, MI 48451-0129
16744480      +Macys/fdsb,    Attn: Bankruptcy,   Po Box 8053,    Mason, OH 45040-8053
16744481      +Malcolm S. Gerald and Assoc.,    332 S. Michigan Ave,    Suite 600,   Chicago, IL 60604-4318
16744482      +Medical Recovery Services,    2250 E. Devon, Ste. 352,    Des Plaines, IL 60018-4519
16744483      +Merchants Credit Guide,    223 W Jackson St,    Chicago, IL 60606-6908
16744484      +Metro Center For Health,    500 E Ogden Ave,    Suite C,   Hinsdale, IL 60521-2480
16744487      +Morris Hospital,    150 W. High St,    Morris, IL 60450-1497
16744491      +NCO Financial Systems, Inc.,    PO Box 15630,    Dept. 72,   Wilmington, DE 19850-5630
16744488      +Naperville Radiologists SC,    6910 S Madison St,    Willowbrook, IL 60527-5577
16744489      +Nationwide Credit, Inc,    2015 Vaughn Rd. NW, Bld 400,    Kennesaw, GA 30144-7802
16744492      +Neromed Clinic LLC,    3S 517 Winfield Rd,    Warrenville, IL 60555-3159
16744493      +Ntb/cbsd,    Po Box 6497,   Sioux Falls, SD 57117-6497
16744495      +Orland Park Surgical Center,    36186 Treasury Center,    Chicago, IL 60694-6100
16744494      +Orland Park Surgical Center,    9550 West 167th St.,    Orland Park, IL 60467-5561
16744499      +PFG of Minnesota,    7825 Washington Ave,    Suite 310,   Minneapolis, MN 55439-2424
16744496      +Pain Specialists of Greater Chicago,    7055 High Grove Blvd,    Willowbrook, IL 60527-7593
16744497      +Pathology and Laboratory Consultant,    520 E. 22nd St.,    Lombard, IL 60148-6110
16744498      +Personal Finance Co,    100 W Commercial St,    Morris, IL 60450-1473
16744500      +Pnc Mortgage,    6 N Main St,   Dayton, OH 45402-1908
16744501      +Prairie Rheumatology Associates,    10660 West 143rd St.,    Orland Park, IL 60462-1982
17433913      +Pro-Motion Physical Therapy,    c/o Collection Professionals Inc.,    P.O. Box 416,
                Lasalle, IL 61301-0416
16744502      +Pro-Motion Physical Therapy,    1010 S. Ridge Rd,    Minooka, IL 60447-8810
```

```
District/off: 0752-1          User: acox                  Page 2 of 4                  Date Rcvd: Feb 17, 2012
                              Form ID: pdf006             Total Noticed: 105


16744503     +Progressive Financial Services,    PO Box 41309,    Nashville, TN 37204-1309
16744504     +Pronger Smith MedicalCare,    2320 W High Street,    Blue Island, IL 60406-2492
16744505     +Provena Service Corporation,    75 Remittance Dr.,    Chicago, IL 60675-1001
16744506     +Provena St Joseph Medical Center,    75 Remittance Dr,    Suite 1959,    Chicago, IL 60675-1959
16744507     +Provena St. Joseph Medical Center,    333 N. Madison St.,    Joliet, IL 60435-8233
16744508     +Provena St. Joseph Medical Center,    2870 Stoner Ct., Ste. 300,     North Liberty, IA 52317-8525
16744509      Quest Diagnostics,    PO Box 809403,    Chicago, IL 60680-9403
16744510     +Regina Paolucci, DDS,    1960 Essington Rd,    Joliet, IL 60435-1617
16744511     +Revenue Cycle Solutions INC,    PO Box 7229,    Westchester, IL 60154-7229
16744512     +Rnb-fields3,    Po Box 9475,    Minneapolis, MN 55440-9475
17566097      SALLIE MAE INC, ON BEHALF OF THE,    DEPARTMENT OF EDUCATION,    DOE,    P.O. BOX 740351,
               ATLANTA, GA 30374-0351
16744516      Silver Cross Hospital,    c/o Vision Financial Services,    PO Box 1768,    La Porte, IN 46352-1768
16744515      Silver Cross Hospital,    Attn: Patients Acts Dept,    1200 Maple Road,    Joliet, IL 60432-1497
16744517      State Collection Service,    PO Box 53,    Geneva, IL 60134-0053
16744518     +Suburban Gastroenterology,    39273 Treasury Center,    Chicago, IL 60694-9200
16744519    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
             (address filed with court: Toyota Financial Services,     PO BOX 5855,    Carol Stream, IL 60197)
16744520    #+Universal Technical Institute,    20410 N. 19th Ave., Ste. 200,     Phoenix, AZ 85027-3598
16744522    ++VON MAUR INC,    6565 BRADY STREET,    DAVENPORT IA 52806-2054
             (address filed with court: Von Maur,    Attn: Credit Dept,    6565 Brady,    Davenport, IA 52806)
16744521     +Valentine & Kebartas, Inc,    PO Box 325,    Lawrence, MA 01842-0625
16744523     +Wfnnb/lanebr,    Po Box 182789,    Columbus, OH 43218-2789
16744524      World Financial Network Nat’l Bank,    PO Box 182124,    Columbus, OH 43218-2124

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16744426     +E-mail/Text: BKRPT@RETRIEVALMASTERS.COM Feb 18 2012 03:00:57     AMCA,    PO Box 1235,
               Elmsford, NY 10523-0935
16744427      E-mail/Text: ebnbankruptcy@ahm.honda.com Feb 18 2012 03:26:41     American Honda Finance,
               Attn: Bankruptcy,    3625 West Royal Lane Suite 200,    Irving, TX 75063
16744432     +E-mail/Text: COAFINTERNALBKTEAM@CAPITALONEAUTO.COM Feb 18 2012 03:28:57
               Capital One Auto Finance,    3901 N Dallas Pkwy,    Plano, TX 75093-7864
16744433     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 18 2012 04:43:26     Capital One, N.a.,
               C/O American Infosource,    Po Box 54529,    Oklahoma City, OK 73154-1529
17757497      E-mail/PDF: rmscedi@recoverycorp.com Feb 18 2012 04:15:30     Capital Recovery III LLC,
               c/o Recovery Management Systems Corporat,     25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
16744445     +E-mail/Text: clerical.department@yahoo.com Feb 18 2012 03:29:45     Creditors Collection B,
               755 Almar Pkwy,    Bourbonnais, IL 60914-2393
17383448      E-mail/PDF: mrdiscen@discoverfinancial.com Feb 18 2012 04:13:47     Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
16744448     +E-mail/PDF: mrdiscen@discoverfinancial.com Feb 18 2012 04:13:47     Discover Fin,
               Attention: Bankruptcy Department,    Po Box 3025,    New Albany, OH 43054-3025
16744456     +E-mail/Text: bknotice@erccollections.com Feb 18 2012 04:43:37     Enhanced Recovery Corporation,
               8014 Bayberry Rd,    Jacksonville, FL 32256-7412
17756163      E-mail/PDF: gecsedi@recoverycorp.com Feb 18 2012 04:15:30     GE Money Bank,
               c/o Recovery Management Systems Corporat,     25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
16744462      E-mail/PDF: gecsedi@recoverycorp.com Feb 18 2012 04:15:30     GE Mongram Bank / JC Penney Dc,
               Attn: Bankruptcy,    Po Box 103126,    Roswell, GA 30076
16744463     +E-mail/PDF: gecsedi@recoverycorp.com Feb 18 2012 04:15:30     GEMB / HH Gregg,
               Attention: Bankruptcy,    Po Box 103106,    Roswell, GA 30076-9106
16744464     +E-mail/PDF: gecsedi@recoverycorp.com Feb 18 2012 04:15:30     Gemb/pearl Vision Fran,
               Po Box 981439,    El Paso, TX 79998-1439
16744465     +E-mail/PDF: gecsedi@recoverycorp.com Feb 18 2012 04:15:29     Gemb/select Comfort,
               Po Box 981439,    El Paso, TX 79998-1439
16744473     +E-mail/PDF: cr-bankruptcy@kohls.com Feb 18 2012 04:16:00     Kohls,    Attn: Recovery Dept,
               Po Box 3120,    Milwaukee, WI 53201-3120
16744485      E-mail/Text: mmrgbk@miramedrg.com Feb 18 2012 04:43:14     MiraMed Revenue Group,
               991 Oak Creek Drive,    Lombard, IL 60148-6408
16744486     +E-mail/Text: mmrgbk@miramedrg.com Feb 18 2012 04:43:14     MiraMed Revenue Group, LLC,
               P.O Box 536,    Linden, MI 48451-0536
16744491     +E-mail/Text: bankruptcydepartment@ncogroup.com Feb 18 2012 04:58:22
               NCO Financial Systems, Inc.,    PO Box 15630,    Dept. 72,    Wilmington, DE 19850-5630
16744514     +E-mail/PDF: gecsedi@recoverycorp.com Feb 18 2012 04:15:30     Sams Club,
               Attention: Bankruptcy Department,    Po Box 105968,    Atlanta, GA 30348-5968
17714810      E-mail/Text: bnc-alliance@quantum3group.com Feb 18 2012 04:41:39
               World Financial Network National Bank,    Quantum3 Group LLC,    PO Box 788,
               Kirkland, WA 98083-0788
                                                                                              TOTAL: 20

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16744476      Lane Bryant Retail/soa
16744490      Nbgl-carsons
16744513      Safelite Auto Glass
16744437    ##+Central Dupage Hospital,    PO Box 4698,    Carol Stream, IL 60197-4698
16744446    ##Creditors Interchange,    PO Box 2270,    Buffalo, NY 14240-2270
                                                                                   TOTALS: 3, * 0, ## 2

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1          User: acox                  Page 3 of 4                  Date Rcvd: Feb 17, 2012
                              Form ID: pdf006             Total Noticed: 105
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 19, 2012**                    **Signature:**   *Joseph Speetjens*

```
District/off: 0752-1           User: acox                  Page 4 of 4                  Date Rcvd: Feb 17, 2012
                               Form ID: pdf006             Total Noticed: 105
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 16, 2012 at the address(es) listed below:
          Cari A Kauffman   on behalf of Creditor  PNC Bank, National Association ND-Four@il.cslegal.com
          Joseph  Davidson   on behalf of Debtor John Bowlin NDILnotices@maceybankruptcylaw.com,
           courtnotice@maceybankruptcylaw.com;jdavidson@maceybankruptcylaw.com;bk@maceybankruptcylaw.com
          Michael G Berland   einstein829@earthlink.net,  IL33@ecfcbis.com;mberland@ecf.epiqsystems.com
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
                                                                                                                                            TOTAL: 4