# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BOWLIN, JOHN E | § | Case No. 11-03799 |
| BOWLIN, PATRICIA R | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: <br> *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged <br> Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter   on                    .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/MICHAEL G. BERLAND _____
                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AMCA PO Box 1235 Elmsford, NY 10523 | | | | | |
| | Advocate Medical Group PO Box 92523 Chicago, IL 60675 | | | | | |
| | Advocate Medical Group PO Box 92523 Chicago, IL 60675 | | | | | |
| | Advocate Medical Group PO Box 92523 Chicago, IL 60675 | | | | | |
| | Associated Radiologists of Joliet 39069 Treasury Center Chicago, IL 60694 | | | | | |
| | B.C.C. 29 East Madison St. Chicago, IL 60602 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Barclays Bank Delaware Attention: Customer Support Department Po Box 8833 Wilmington, DE 19899 | | | | | |
| | Capital One, N.a. C/O American Infosource Po Box 54529 Oklahoma City, OK 73154 | | | | | |
| | Carrie A. Skubic, LCPC 1802 N. Division St., Ste. 604 Morris, IL 60450 | | | | | |
| | Center for Neuro Dis 2222 Weber Rd Crest Hill, IL 60403 | | | | | |
| | Central Dupage Hospital 25 N Winfield Rd Winfield, IL 60190 | | | | | |
| | Central Dupage Hospital PO Box 4698 Carol Stream, IL 60197 | | | | | |
| | Chela Attn: Bankruptcy Po Box 9500 Wilkes-Barre, PA 18773 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chela Attn: Bankruptcy Po Box 9500 Wilkes-Barre, PA 18773 | | | | | |
| | Citibank Usa Attn.: Centralized Bankruptcy Po Box 20363 Kansas City, MO 64195 | | | | | |
| | Collection Professionals, Inc PO Box 416 La Salle, IL 61301 | | | | | |
| | Creditors Collection B 755 Almar Pkwy Bourbonnais, IL 60914 | | | | | |
| | Crossroads Counseling Services, LLC 1802 N. Division St. Morris, IL 60450 | | | | | |
| | EM Strategies Ltd PO Box 1208 Bedford Park, IL 60499 | | | | | |
| | Edward Health Ventures 3471 Eagle Way Chicago, IL 60678 | | | | | |
| | Edward Health Ventures Edward Hematology Oncology Group 3471 Eagle Way Chicago, IL 60678-0001 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Edward Hospital & Health Services 801 S. Washington St. Naperville, IL 60540 | | | | | |
| | Edward Hospital PO Box 4207 Carol Stream, IL 60197 | | | | | |
| | Edward Hospital PO Box 4207 Carol Stream, IL 60197 | | | | | |
| | Elmhurst Memorial Healthcare PO Box 4052 Carol Stream, IL 60197 | | | | | |
| | Elmhurst Orthopaedics PO Box 87618 Chicago, IL 60680 | | | | | |
| | Enhanced Recovery Corporation 8014 Bayberry Rd Jacksonville, FL 32256 | | | | | |
| | Epic Group, SC PO box 66973 Chicago, IL 60666 | | | | | |
| | Francis S. Lichon, MD Mona Kea Medical Park 511 Thornhill Dr. Carol Stream, IL 60188 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GEMB / HH Gregg Attention: Bankruptcy Po Box 103106 Roswell, GA 30076 | | | | | |
| | Gemb/pearl Vision Fran Po Box 981439 El Paso, TX 79998 | | | | | |
| | Gemb/select Comfort Po Box 981439 El Paso, TX 79998 | | | | | |
| | Health Lab 25 N Winfield Rd Winfield, IL 60190 | | | | | |
| | HealthLab Dept 4698 Carol Stream, IL 60122 | | | | | |
| | Heartland Cardiovascular Center 1300 Copperfield, Ste 3030 Joliet, IL 60432 | | | | | |
| | Illinois Collection Se Po Box 1010 Tinley Park, IL 60487 | | | | | |
| | Illinois Collection Service PO Box 1010 Tinley Park, IL 60477 | | | | | |
| | June, Prodehl, Renzi & Lynch, LLC 1861 Black Rd. Joliet, IL 60435 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Kohls Attn: Recovery Dept Po Box 3120 Milwaukee, WI 53201 | | | | | |
| | Kohls Attn: Recovery Dept Po Box 3120 Milwaukee, WI 53201 | | | | | |
| | LabCorp PO Box 2240 Burlington, NC 27216 | | | | | |
| | LabCorp PO Box 2240 Burlington, NC 27216 | | | | | |
| | Lane Bryant Po Box 182686 Columbus, OH 43218 | | | | | |
| | Lane Bryant Retail/soa | | | | | |
| | LawnWorks of Joliet, Inc. PO Box 2742 Joliet, IL 60434 | | | | | |
| | Macys/fdsb Attn: Bankruptcy Po Box 8053 Mason, OH 45040 | | | | | |
| | Malcolm S. Gerald and Assoc. 332 S. Michigan Ave Suite 600 Chicago, IL 60604 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Merchants Credit Guide 223 W Jackson St Chicago, IL 60606 | | | | | |
| | Merchants Credit Guide 223 W Jackson St Chicago, IL 60606 | | | | | |
| | Metro Center For Health 500 E Ogden Ave Suite C Hinsdale, IL 60521 | | | | | |
| | MiraMed Revenue Group 991 Oak Creek Drive Lombard, IL 60148-6408 | | | | | |
| | Morris Hospital 150 W. High St Morris, IL 60450 | | | | | |
| | Morris Hospital 150 W. High St Morris, IL 60450 | | | | | |
| | NCO Financial Systems, Inc. PO Box 15630 Dept. 72 Wilmington, DE 19850 | | | | | |
| | Naperville Radiologists SC 6910 S Madison St Willowbrook, IL 60527 | | | | | |
| | Nbgl-carsons | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Neromed Clinic LLC 3S 517 Winfield Rd Warrenville, IL 60555 | | | | | |
| | Ntb/cbsd Po Box 6497 Sioux Falls, SD 57117 | | | | | |
| | Orland Park Surgical Center 36186 Treasury Center Chicago, IL 60694 | | | | | |
| | Orland Park Surgical Center 9550 West 167th St. Orland Park, IL 60467 | | | | | |
| | PFG of Minnesota 7825 Washington Ave Suite 310 Minneapolis, MN 55439 | | | | | |
| | Pain Specialists of Greater Chicago 7055 High Grove Blvd Willowbrook, IL 60527 | | | | | |
| | Pain Specialists of Greater Chicago 7055 High Grove Blvd Willowbrook, IL 60527 | | | | | |
| | Pain Specialists of Greater Chicago 7055 High Grove Blvd Willowbrook, IL 60527 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Pathology and Laboratory Consultant 520 E. 22nd St. Lombard, IL 60148 | | | | | |
| | Personal Finance Co 100 W Commercial St Morris, IL 60450 | | | | | |
| | Prairie Rheumatology Associates 10660 West 143rd St. Orland Park, IL 60462 | | | | | |
| | Prairie Rheumatology Associates 10660 West 143rd St. Orland Park, IL 60462 | | | | | |
| | Pronger Smith MedicalCare 2320 W High Street Blue Island, IL 60406 | | | | | |
| | Provena Service Corporation 75 Remittance Dr. Chicago, IL 60675 | | | | | |
| | Provena Service Corporation 75 Remittance Dr. Chicago, IL 60675 | | | | | |
| | Provena Service Corporation 75 Remittance Dr. Chicago, IL 60675 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Provena Service Corporation 75 Remittance Dr. Chicago, IL 60675 | | | | | |
| | Provena Service Corporation 75 Remittance Dr. Chicago, IL 60675 | | | | | |
| | Provena St Joseph Medical Center 75 Remittance Dr Suite 1959 Chicago, IL 60675 | | | | | |
| | Provena St Joseph Medical Center 75 Remittance Dr Suite 1959 Chicago, IL 60675 | | | | | |
| | Provena St. Joseph Medical Center 2870 Stoner Ct., Ste. 300 North Liberty, IA 52317 | | | | | |
| | Provena St. Joseph Medical Center 333 N. Madison St. Joliet, IL 60435-6595 | | | | | |
| | Quest Diagnostics PO Box 809403 Chicago, IL 60680-9403 | | | | | |
| | Regina Paolucci, DDS 1960 Essington Rd Joliet, IL 60435 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Revenue Cycle Solutions INC PO Box 7229 Westchester, IL 60154 | | | | | |
| | Rnb-fields3 Po Box 9475 Minneapolis, MN 55440 | | | | | |
| | Safelite Auto Glass | | | | | |
| | Silver Cross Hospital c/o Vision Financial Services PO Box 1768 La Porte, IN 46352-1768 | | | | | |
| | State Collection Service PO Box 53 Geneva, IL 60134-0053 | | | | | |
| | Suburban Gastroenterology 39273 Treasury Center Chicago, IL 60694 | | | | | |
| | Universal Technical Institute 20410 N. 19th Ave., Ste. 200 Phoenix, AZ 85027 | | | | | |
| | Von Maur Attn: Credit Dept 6565 Brady Davenport, IA 52806 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wfnnb/lanebr Po Box 182789 Columbus, OH 43213 | | | | | |
| 000003 | CAPITAL ONE, N.A. | | | | | |
| 000018 | CAPITAL RECOVERY III LLC | | | | | |
| 000012 | CHASE BANK USA, N.A. | | | | | |
| 000011 | CHASE BANK USA, N.A. | | | | | |
| 000010 | CHASE BANK USA, N.A. | | | | | |
| 000009 | CHASE BANK USA, N.A. | | | | | |
| 000008 | CHASE BANK USA, N.A. | | | | | |
| 000007 | CHASE BANK USA, N.A. | | | | | |
| 000006 | CHASE BANK USA, N.A. | | | | | |
| 000005 | CHASE BANK USA, N.A. | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000004 | FIRST NATIONAL BANK OF OMAHA | | | | | |
| 000017 | GE MONEY BANK | | | | | |
| 000016 | GE MONEY BANK | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | PRO-MOTION PHYSICAL THERAPY | | | | | |
| 000014 | SALLIE MAE INC, ON BEHALF OF THE | | | | | |
| 000013 | SILVER CROSS HOSPITAL | | | | | |
| 000015 | WORLD FINANCIAL NETWORK NATIONAL BA | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page:    1

Exhibit 8

| Case No: | 11-03799    BL    Judge: Bruce W. Black | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | BOWLIN, JOHN E | Date Filed (f) or Converted (c): | 01/31/11 (f) |
| | BOWLIN, PATRICIA R | 341(a) Meeting Date: | 03/03/11 |
| For Period Ending: | 08/09/12 | Claims Bar Date: | 09/06/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=554(a) Abandon<br>DA=554(c) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. Tax refund-scheduled | 0.00 | 8,452.00 | | 8,452.00 | FA |
| 2. 2671 S. Kimberly, Chanhannon | 248,616.00 | 0.00 | DA | 0.00 | FA |
| 3. Checking account chase | 1,000.00 | 0.00 | OA | 0.00 | FA |
| 4. Household goods | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 5. Miscellenous books etc | 50.00 | 0.00 | DA | 0.00 | FA |
| 6. Clothing | 300.00 | 0.00 | DA | 0.00 | FA |
| 7. Costuem jewelry | 50.00 | 0.00 | DA | 0.00 | FA |
| 8. Term life insurance | 0.00 | 0.00 | DA | 0.00 | FA |
| 9. 401k employer | 56,094.60 | 0.00 | DA | 0.00 | FA |
| 10. IRA | 112,333.67 | 0.00 | DA | 0.00 | FA |
| 11. 403 b through emplloyer | 31,420.85 | 0.00 | DA | 0.00 | FA |
| 12. IRA | 16,228.64 | 0.00 | DA | 0.00 | FA |
| 13. 2001 Volkswagen Jetta | 2,025.00 | 0.00 | DA | 0.00 | FA |
| 14. 2007 Toyota Rav 4 | 12,340.00 | 0.00 | DA | 0.00 | FA |
| 15. 2008 Honda Civic | 9,285.00 | 0.00 | DA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.44 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $490,743.76 | $8,452.00 | | $8,452.44 | $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

A tax refund is being administered. The  Trustee will have to strike  certain secured claims before a final report

can be filed.

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    2

Exhibit 8

| | | | | |
|---|---|---|---|---|
| Case No: | 11-03799    BL    Judge: Bruce W. Black | | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | BOWLIN, JOHN E | | Date Filed (f) or Converted (c): | 01/31/11 (f) |
| | BOWLIN, PATRICIA R | | 341(a) Meeting Date: | 03/03/11 |
| | | | Claims Bar Date: | 09/06/11 |

Initial Projected Date of Final Report (TFR): 12/31/13     Current Projected Date of Final Report (TFR): 12/31/13

Ver: 16.06d

**UST Form 101-7-TDR (5/1/2011)** *(Page: 19)*

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 11-03799 -BL |
| Case Name: | BOWLIN, JOHN E |
| | BOWLIN, PATRICIA R |
| Taxpayer ID No: | *******5989 |
| For Period Ending: | 08/09/12 |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | The Bank of New York Mellon |
| Account Number / CD #: | *******0765  Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/09/11 | 1 | Harris Bank | Payment of tax refund, which was not exempt | 1124-000 | 8,452.00 | | 8,452.00 |
| | | | DEPOSIT CHECK #61679803 | | | | |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 8,452.04 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 8,452.11 |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 8,452.18 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,427.18 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 8,427.24 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,402.24 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 8,402.31 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,377.31 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 8,377.37 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,352.37 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 8,352.44 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,327.44 |
| 01/25/12 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 8,327.49 |
| 01/25/12 | | Transfer to Acct #*******4901 | Bank Funds Transfer | 9999-000 | | 8,327.49 | 0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | 8,452.49 | 8,452.49 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 8,327.49 | |
| Subtotal | 8,452.49 | 125.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 8,452.49 | 125.00 | |

Page Subtotals     8,452.49     8,452.49

Ver: 16.06d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 20)*

FORM 2                                                                                    Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 11-03799 -BL |
| Case Name: | BOWLIN, JOHN E |
| | BOWLIN, PATRICIA R |
| Taxpayer ID No: | *******5989 |
| For Period Ending: | 08/09/12 |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | The Bank of New York Mellon |
| Account Number / CD #: | *******0766  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |

Ver: 16.06d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 21)*

FORM 2

Page:   3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No:         11-03799  -BL
Case Name:    BOWLIN, JOHN E
                        BOWLIN, PATRICIA R
Taxpayer ID No:  *******5989
For Period Ending:  08/09/12

Trustee Name:          MICHAEL G. BERLAND
Bank Name:             Congressional Bank
Account Number / CD #:    *******4901  Checking Account

Blanket Bond (per case limit):   $  5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| * 01/25/12 | INT | Congressional Bank | INTEREST REC'D FROM BANK | 1270-003 | -0.05 | | -0.05 |
| * 01/25/12 | INT | Reverses Interest on 01/25/12 | INTEREST REC'D FROM BANK | 1270-003 | 0.05 | | 0.00 |
| 01/25/12 | | Transfer from Acct #*******0765 | Bank Funds Transfer | 9999-000 | 8,327.49 | | 8,327.49 |
| 03/29/12 | 001001 | MICHAEL G. BERLAND 1 NORTH LASALLE STREET STE 1775 CHICAGO, IL  60602 | Chapter 7 Compensation/Expense | 2100-000 | | 1,470.25 | 6,857.24 |
| 03/29/12 | 001002 | Discover Bank DB Servicing Corporation PO Box 3025 New Albany, OH 43054-3025 | Claim 000001, Payment 5.14387% | 7100-000 | | 736.57 | 6,120.67 |
| 03/29/12 | 001003 | Pro-Motion Physical Therapy c/o Collection Professionals Inc. P.O. Box 416 Lasalle, IL 61301 | Claim 000002, Payment 5.14384% | 7100-000 | | 58.90 | 6,061.77 |
| 03/29/12 | 001004 | Capital One, N.A. c/o Creditors Bankruptcy Service P.O. Box 740933 Dallas, TX 75374 | Claim 000003, Payment 5.14397% | 7100-000 | | 114.62 | 5,947.15 |
| 03/29/12 | 001005 | First National Bank of Omaha 1620 Dodge Street Stop Code 3105 Omaha Ne 68197 | Claim 000004, Payment 5.14391% | 7100-000 | | 58.30 | 5,888.85 |
| 03/29/12 | 001006 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Claim 000005, Payment 5.14381% | 7100-000 | | 382.12 | 5,506.73 |
| 03/29/12 | 001007 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Claim 000006, Payment 5.14399% | 7100-000 | | 76.04 | 5,430.69 |

Page Subtotals          8,327.49          2,896.80

LFORM24

Ver: 16.06d

UST Form 101-7-TDR (5/1/2011) *(Page: 22)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   4

Exhibit 9

| | |
|---|---|
| Case No: | 11-03799  -BL |
| Case Name: | BOWLIN, JOHN E |
| | BOWLIN, PATRICIA R |
| Taxpayer ID No: | *******5989 |
| For Period Ending: | 08/09/12 |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******4901  Checking Account |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/29/12 | 001008 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000007, Payment 5.14383% | 7100-000 | | 448.37 | 4,982.32 |
| 03/29/12 | 001009 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000008, Payment 5.14390% | 7100-000 | | 600.24 | 4,382.08 |
| 03/29/12 | 001010 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000009, Payment 5.14362% | 7100-000 | | 65.02 | 4,317.06 |
| 03/29/12 | 001011 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000010, Payment 5.14381% | 7100-000 | | 322.33 | 3,994.73 |
| 03/29/12 | 001012 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000011, Payment 5.14387% | 7100-000 | | 1,059.08 | 2,935.65 |
| 03/29/12 | 001013 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000012, Payment 5.14387% | 7100-000 | | 1,362.75 | 1,572.90 |
| 03/29/12 | 001014 | Silver Cross Hospital<br>Attn: Patients Acts Dept<br>1200 Maple Road<br>Joliet, IL 60432-1497 | Claim 000013, Payment 5.14355% | 7100-000 | | 47.26 | 1,525.64 |
| 03/29/12 | 001015 | SALLIE MAE INC, ON BEHALF OF THE<br>DEPARTMENT OF EDUCATION<br>DOE<br>P.O. BOX 740351<br>ATLANTA, GA 30374-0351 | Claim 000014, Payment 5.14389% | 7100-000 | | 1,078.34 | 447.30 |
| 03/29/12 | 001016 | World Financial Network National Bank<br>Quantum3 Group LLC<br>PO Box 788 | Claim 000015, Payment 5.14365% | 7100-000 | | 44.92 | 402.38 |

Page Subtotals            0.00          5,028.31

Ver: 16.06d

FORM 2                                                                                                          Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                              Exhibit 9

| Case No: | 11-03799 -BL | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | BOWLIN, JOHN E | Bank Name: | Congressional Bank |
| | BOWLIN, PATRICIA R | Account Number / CD #: | *******4901  Checking Account |
| Taxpayer ID No: | *******5989 | | |
| For Period Ending: | 08/09/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/29/12 | 001017 | Kirkland, WA 98083-0788<br>GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Claim 000016, Payment 5.14394% | 7100-000 | | 132.19 | 270.19 |
| 03/29/12 | 001018 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Claim 000017, Payment 5.14390% | 7100-000 | | 214.01 | 56.18 |
| 03/29/12 | 001019 | Capital Recovery III LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000018, Payment 5.14388% | 7100-000 | | 56.13 | 0.05 |
| 04/17/12 | INT | Congressional Bank | INTEREST REC'D FROM BANK | 1270-000 | -0.05 | | 0.00 |

|  | | | COLUMN TOTALS | 8,327.44 | 8,327.44 | 0.00 |
|  | | | Less:  Bank Transfers/CD's | 8,327.49 | 0.00 | |
|  | | | Subtotal | -0.05 | 8,327.44 | |
|  | | | Less:  Payments to Debtors | | 0.00 | |
|  | | | Net | -0.05 | 8,327.44 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account - *******0765 | 8,452.49 | 125.00 | 0.00 |
| Checking Account - *******0766 | 0.00 | 0.00 | 0.00 |
| Checking Account - *******4901 | -0.05 | 8,327.44 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 8,452.44 | 8,452.44 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                                              -0.05          402.33

LFORM24

Ver: 16.06d

FORM 2                                                                                          Page:   6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                              Exhibit 9

| | |
|---|---|
| Case No: | 11-03799 -BL |
| Case Name: | BOWLIN, JOHN E |
| | BOWLIN, PATRICIA R |
| Taxpayer ID No: | *******5989 |
| For Period Ending: | 08/09/12 |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******4901  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Money Market Account - ********0765
Checking Account - ********0766
Checking Account - ********4901

Page Subtotals                    0.00           0.00

Ver: 16.06d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 25)*